# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DANIEL CHRISTOPHER ANDRE,**
Appellant,

v.

**CIKLIN, LUBITZ & O'CONNELL, P.A.,** et al.,
Appellee.

No. 4D18-1498

[May 23, 2019]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 50-2010-CP-003665-XXXX-NB.

Daniel Christopher Andre, Florida City, pro se.

John P. Morrissey of John P. Morrissey, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***